IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLEO WESTERFIELD,

    Plaintiff,                    No. CIV S-02-2621 WBS GGH P

    vs.

DR. PENNER, et al.,

    Defendants.          <u>ORDER</u>

/

        By order filed on February 8, 2005, plaintiff was informed that court permission is not necessary for discovery requests and that neither discovery requests served on an opposing party nor that party's responses should be filed until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure. Plaintiff was cautioned that discovery requests between the parties should not be filed with the court unless, and until, they are at issue. Plaintiff's various discovery requests were disregarded and plaintiff was admonished that further filing of discovery requests or responses, except as required by rule of court, might result in an order of sanctions, including, but not limited to, a recommendation that this action be dismissed.

        Notwithstanding, plaintiff has once again filed discovery requests propounded to defendants in the form of requests for admission and interrogatories (and, oddly, dated November

30, 2003) upon this court. He has also filed his own discovery responses.

Accordingly, IT IS ORDERED that plaintiff's May 9, 2005 discovery responses and his May 16, 2005 discovery requests will be placed in the court file and disregarded. Any future such improperly filed discovery requests or responses, except as required by rule of court, will be disregarded without further order.

DATED: 6/15/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
west2621.411(2)

2