IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLEO WESTERFIELD,

      Plaintiff,                      No. CIV S-02-2621 MCE GGH P

      vs.

DR. PENNER, et al.,

      Defendants.               <u>ORDER</u>

_____/

      Defendants' counsel (other than counsel for defendant Dassah, on whose behalf a timely motion for summary judgment has been filed) has requested an extension of time to file a dispositive motion. Defendants' July 21, 2005 request is not made in accordance with the local rules because the request does not include either a lodged proposed order via ECF in .pdf format or a proposed order emailed in wordprocessing format, both of which are required. In order for the court to consider defendants' counsel's request, counsel must comply with Local Rule 5-137(b).

      IT IS SO ORDERED.

Dated: 7/29/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:009
west2621.137