BILL LOCKYER
Attorney General of the State of California
DARRYL L. DOKE
Lead Supervising Deputy Attorney General
THOMAS D. MCCRACKIN
Supervising Deputy Attorney General
KEVIN W. REAGER
Deputy Attorney General
State Bar No. 178478
  1300 I Street
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5335
  Fax: (916) 322-8288

**Attorneys for Defendants Peterson, Penner, Borges, Wedell, Sharp, Hooper, Vielberg, Morgan and Cesaro**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CLEO WESTERFIELD,**<br><br>                  Plaintiff,<br><br>  v.<br><br>**DR. DOUGLAS PENNER, et al.,**<br><br>                  Defendants. | Case No.: CIV.S-02-2621 WBS GGH<br><br>**ORDER RE: DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS: DECLARATION OF KEVIN W. REAGER** |

    Defendants' request for an extension of time was duly filed with the court pursuant to Local Rule 78-230(m). After reviewing the request and the evidence offered in support thereof and good cause appearing, IT IS HEREBY ORDERED that:

\\\\\
\\\\\
\\\\\
\\\\\
\\\\\

Proposed Order

1

1. Defendants' request is GRANTED;

2. Defendants shall file their dispositive motions on or before September 23, 2005.

IT IS SO ORDERED.

Dated: 8/3/05

/s/ Gregory G. Hollows

_____
HONORABLE MAGISTRATE JUDGE

west2621.prop

Proposed Order

2