IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLEO WESTERFIELD,

     Plaintiff,                     No. CIV S- 02-2621 MCE GGH P

   vs.

DR. PENNER, et al.,

     Defendants.              ORDER

/

        Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983.  Two summary judgment motions are pending before the court, one filed on June 27, 2005 by defendant Dr. Dassah, and one, not yet submitted, which was filed by defendants Peterson, Penner, Borges, Wedell, Sharp, Hooper, Vielberg, Morgan and Cesaro on September 23, 2005.[1]

        The court hereby vacates both the pretrial conference set for November 4, 2005, and the January 9, 2006 trial date.  The parties are relieved of their obligation to file pretrial statements as set forth in the scheduling order filed on March 24, 2005.  Following adjudication

\\\\\

\\\\\

---

[1] These defendants were granted an extension of time to file their dispositive motion by order filed on August 3, 2005.

1

of the dispositive motions, the court will re-set the pretrial conference date, including the deadlines for the filing of pretrial statements, and the jury trial date, if appropriate.

IT IS SO ORDERED.

DATED: 10/12/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
west2621.vac