IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLEO WESTERFIELD,

        Plaintiff,                        No. CIV S-02-2621 MCE GGH P

    vs.

DR. PENNER, et al.,

        Defendants.               ORDER

_____/

        On October 5, 2005, plaintiff filed a pretrial statement[1] and objections to defendants' September 23, 2005 motion for summary judgment with supporting documents. Those documents were not served on defendants. Plaintiff is advised that every document submitted to the court for consideration must be served on defendants. Fed. R. Civ. P. 5. Documents not to be served electronically are usually served by placing a copy in the U.S. mail. If an attorney has filed a document with the court on behalf of any defendants, then documents submitted by plaintiff must be served on that attorney and not on the defendants. Every document submitted conventionally to the court (e.g., by a prisoner proceeding pro se) must

---

[1] Plaintiff need not serve his pretrial statement at this time, as, by separate order, the court has vacated the pretrial conference and jury trial dates, pending adjudication of the two motions for summary judgment pending in this matter.

1

include a certificate stating the date an accurate copy of the document was mailed to defendants or their attorney and the address to which it was mailed.  <u>See</u> Local Rule 5-135(b) and (c).

        Plaintiff has previously been cautioned with regard to his failure to demonstrate proper proof of service.  In an order, filed on August 4, 2005, plaintiff was given fifteen days to serve upon defendants his July 26, 2005 "separate statements of undisputed material facts....," and to file proper proof of said service.  Plaintiff failed to file proof of service thereof and the time for doing so has expired.  Plaintiff was cautioned in the court's August 4, 2005 order that failure to provide the requisite proof of service to the court would result in the unserved document being disregarded by the court.

        Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to note in the case file that docket entry # 88, plaintiff's "separate statements of undisputed material facts....," is stricken from the record; and

2. Within fifteen days from the date of this order plaintiff shall serve a copy of plaintiff's October 5, 2005 objections/opposition to defendants' September 23, 2005 motion for summary judgment with supporting documents [#100-102] on counsel for defendants and shall file proper proof of said service. *Plaintiff is cautioned that failure to comply with this order could result in his opposition to defendants' September 23, 2005 motion for summary judgment, filed on the October 5, 2005, being wholly disregarded and may result in the imposition of additional sanctions.  Plaintiff's failure to serve any documents subsequently filed in this action properly, and failure to include a proper certificate of service with such filing, will result in a recommendation that this action be dismissed.*

DATED: 10/12/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/bb
west2621.35(2)