IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLEO WESTERFIELD,

     Plaintiff,                  No. CIV S-02-2621 MCE GGH P

     vs.

DR. PENNER, et al.,

     Defendant.             ORDER

_____/

     Defendant Okonski has filed an answer to the amended complaint. A discovery order previously issued in this case. The court is directed to serve upon defendant Okonski's counsel the discovery order (docket entry # 46), filed on December 1, 2004.

     IT IS SO ORDERED.

DATED: 3/22/06

                                 /s/ Gregory G. Hollows

                                 GREGORY G. HOLLOWS
                                 UNITED STATES MAGISTRATE JUDGE

GGH:009
west2621.dcy