IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLEO WESTERFIELD,

     Plaintiff,                            No. CIV S-02-2621 MCE GGH P

    vs.

DR. PENNER, et al.,

     Defendants.               ORDER

_____/

       Plaintiff, a state prisoner proceeding pro se, has requested that defendant Okonski be dismissed from this action. Defendant Okonski does not object to her dismissal from this action but seeks dismissal with prejudice. The court has reviewed the request for dismissal, and understands it to be made with prejudice against this particular defendant.

       ACCORDINGLY, the Clerk shall enter the dismissal of defendant Okonski with prejudice.

DATED: 4/25/06

                                              /s/ Gregory G. Hollows

                                              GREGORY G. HOLLOWS
                                              UNITED STATES MAGISTRATE JUDGE

GGH:009
west2621.req