IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLEO WESTERFIELD,

    Plaintiff,                          No. CIV S-02-2621 MCE GGH P

    vs.

DR. PENNER, et al.,

    Defendants.                  <u>ORDER</u>

_____/

        Plaintiff has filed a request for appointment of counsel. Although plaintiff has characterized this action in his request as one proceeding pursuant to 28 U.S.C. § 2254, this is a civil rights action under 42 U.S.C. § 1983.

        The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

/////

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's March 28, 2006 request
2  for the appointment of counsel is denied.
3  DATED: 4/25/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
west2621.31