# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF

| | |
|---|---|
| CLEO WESTERFIELD,<br><br>　　Plaintiff - Appellant,<br><br>v.<br><br>PENNER, Dr.; et al.,<br><br>　　Defendants - Appellees. | No. 07-15406<br>D.C. No. CV-02-02621-MCE<br><br><br>**ORDER** |

This appeal has been taken in good faith   [ ]

This appeal is not taken in good faith   [✓]

**FILED**

MAY 22 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
　　　DEPUTY CLERK

Explanation: _____

_____

_____

_____
Judge
United States District Court

Date: MAY 21 2007